SEALED

BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



FILED

MAR 06 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNNY QUENGA, <br><br> Defendant. | CASE NO. 1:15 MJ 00033 BAM <br><br> GOVERNMENT'S EX PARTE APPLICATION TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT, APPLICATION, AND ORDER <br><br> **Under Seal** |

The United States of America hereby applies to this Court for an Order permitting the filing of the Criminal Complaint, Arrest Warrant, this Application, and Sealing Order in this case under seal until further Order of Court. The basis for this request is set forth in the attached Declaration.

## I.    LEGAL AUTHORITY

Federal courts are empowered to seal documents in appropriate circumstances. Cf. Fed. R. Crim. P. 6(e)(4) (sealing of indictments). The Supreme Court has noted that "[e]very Court has supervisory power over its own records and files, and access has been denied where Court files might have become a vehicle for improper purposes." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978). Moreover, federal district courts have the inherent power to seal affidavits in appropriate circumstances. *Washington Post v. Robinson*, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991); *Offices of Lakeside Non-*

SEALING APPLICATION                              1

*Ferrous Metals, Inc. v. United States*, 679 F.2d 778 (9th Cir. 1982); *United States v. Agosto*, 600 F.2d 1256 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the affidavit would disclose facts which would interfere with an ongoing criminal investigation or interfere with the ability of law enforcement to apprehend targets of an investigation. *Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1979). Rule 5 of the Federal Rules of Civil Procedure grants federal Courts supervisory power over the filing of pleadings.

## II. CONCLUSION

Based on the foregoing, as well as the attached Declaration, the government respectfully requests that the Criminal Complaint, Arrest Warrant, this Application and Order be filed under seal and held by the Court in camera pending further Order of this Court.

DATED: March 6, 2015                    Respectfully submitted.

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

## DECLARATION

I, Karen A. Escobar, hereby declare and state as follows:

1. I am an Assistant U.S. Attorney assigned to the Fresno Division of the U.S. Attorney=s Office in the Eastern District of California. I have been so employed for over twenty-four years. Prior to my current employment, I was a state prosecutor for two years and, before that, a Trial Attorney for the Criminal Division, U.S. Department of Justice in Washington, D.C. I am assigned to the investigation and prosecution of this matter.

2. This declaration is made in support of the government's application to seal the Criminal Complaint, Arrest Warrant, sealing application, and sealing order in this case.

SEALING APPLICATION                              2

3. The Criminal Complaint arises out of a criminal investigation conducted by the FBI, California Highway Patrol, and Clovis Police Department. Premature exposure of the charge and details of the investigation, as set forth in the Criminal Complaint, could result in the flight of the named defendant and needlessly expose executing agents to the potential for harm or injury.

4. Based on the foregoing, it is my belief that the premature disclosure of the Criminal Complaint in this case would impede the government's ability to apprehend the defendant and expose executing agents to considerable risk to their personal safety.

This I declare under penalty of perjury this 6th day of March, 2015.

/s/ Karen A. Escobar
KAREN A. ESCOBAR

SEALING APPLICATION                                3