BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

**FILED**

MAR 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY QUENGA,<br><br>    Defendant. | No. 1:15mj00033 BAM<br><br>ORDER<br><br>~~(UNDER SEAL)~~ |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and arrest warrant in the above-captioned matter be unsealed.

DATED: 3-18-15

_____
SHEILA K. OBERTO
U.S. Magistrate Judge