AO 442 (Rev. 11/11) Arrest Warrant

UNSEALED
ISSUED
FILED
MAR 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Johnny Quenga<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.<br>1:15 MJ 00033 BAM<br><br>USMS FRESNO RCVD<br>MAR 9 2015 AM 10:05 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Johnny Quenga                                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Attempting to ilntefere with the safe operation of an aircraft, in violation of 18 U.S.C. Sections 32(a)(5) and (a)(8); and Aiming the beam of a laser pointer at an aircraft or its flight path, in violation of 18 U.S.C. Section 39A.

Date:  3/6/15

*Issuing officer's signature*

City and state:   Fresno, California

Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  03/09/15 , and the person was arrested on *(date)*  03/18/15
at *(city and state)*   Fresno, CA

Date:  03/18/15

FBI
*Arresting officer's signature*

FBI
*Printed name and title*

975/998